# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2021

Bridget M. McCormack,
Chief Justice

162474

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RICHARD MORSE,
        Plaintiff/Counterdefendant-
        Appellee,

v

        SC: 162474
        COA: 354720
        Barry CC: 2013-000588-CH

MARC COLITTI, a/k/a MARK COLITTI, and
JOAN COLITTI,
        Defendants/Counterplaintiffs-
        Appellants.

_____/

        By order of January 19, 2021, this Court granted immediate consideration and a temporary stay of trial court proceedings. On order of the Court, the application for leave to appeal the January 7, 2021 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the January 7, 2021 order of the Court of Appeals and REMAND this case to that court for entry of a stay of trial court proceedings to remain in effect until completion of the appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear. The Court of Appeals shall expedite its consideration of this case.

        We do not retain jurisdiction.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



p0223

                        Clerk